Justice EISMANN,
specially concurring.
I concur in the majority opinion. Johnson’s motion filed in the criminal case cannot be considered as a civil petition. As we held in State v. Jakoski, 139 Idaho 352, 355, 79 P.3d 711, 714 (2003), “It would be too much of a stretch to hold that a motion filed in a criminal case can be considered as a pleading commencing civil litigation.”
I would also add that the issue of the subject matter jurisdiction of the court in the criminal case to entertain a motion to relieve the criminal defendant of the duty to register as a sex offender was not raised either by a party or sua sponte by a member of the Court in State v. Hartwig, 150 Idaho 326, 246 P.3d 979 (2011), State v. Kimball, 145 Idaho 542, 181 P.3d 468 (2008), or State v. Robinson, 143 Idaho 306, 142 P.3d 729 (2006).
Justice W. JONES concurs.